IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRAVIS CENTRELL BROWN**                                          **PLAINTIFF**

v.                         **CASE NO. 3:15CV00054 BSM**

**CITY OF OSCEOLA, ARKANSAS**                                      **DEFENDANT**

## ORDER

The clerk's office is hereby ordered to serve a copy of the complaint [Doc. No. 2] on the City of Osceola, at the address listed in the complaint.

IT IS SO ORDERED this 22nd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE