IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS CENTELL BROWN                                                                PLAINTIFF

v.                              CASE NO. 3:15CV00054 BSM

CITY OF OSCEOLA, ARKANSAS
POLICE DEPARTMENT                                                                 DEFENDANT

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of July 2015.

_____
UNITED STATES DISTRICT JUDGE